# UNITED STATES DISTRICT COURT
for the
District of Arizona

| United States of America | ) |
|---|---|
| v. | ) |
| Jose Francisco Espinoza-Sepulveda, | ) Case No. 17-493 MJ |
| a.k.a.: Alejandro Inzunza-Plata, | ) |
| a.k.a.: Jose Espinoza-Sepulveda, | ) |
| (A098 007 724) | ) |
| Defendant | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of September 4, 2015, in the County of Maricopa, in the District of Arizona, the defendant violated Title 8, U.S.C. § 1326(a), an offense described as follows:

Jose Francisco Espinoza-Sepulveda, an alien, was found in the United States of America at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near Douglas, Arizona, on or about May 22, 2008, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a).

I further state that I am a Deportation Officer.

This criminal complaint is based on these facts:

**See Attached Statement of Probable Cause Incorporated By Reference Herein**

REVIEWED BY: AUSA Cassie Bray Woo for AUSA Natalie B. Huddleston

☒ Continued on the attached sheet.

*Complainant's signature*

Salvador Delgado II,
Deportation Officer
*Printed name and title*

Sworn to before me and signed in my presence.

Date: October 26, 2017

*Judge's signature*

Michelle H. Burns,
United States Magistrate Judge
*Printed name and title*

City and state: Phoenix, Arizona

## STATEMENT OF PROBABLE CAUSE

I, Salvador Delgado II, being duly sworn, hereby depose and state as follows:

1. Your affiant is a Deportation Officer with United States Immigration and Customs Enforcement (ICE). I have learned from direct participation in the investigation and from the reports and communications of other agents and officers the facts recited herein.

2. On September 4, 2015, Jose Francisco Espinoza-Sepulveda was booked into the Maricopa County Jail (MCJ) by the Tempe Police Department on local charges. While incarcerated at the MCJ, Espinoza-Sepulveda was examined by Deportation Officer M. Paredes who determined Espinoza-Sepulveda to be a Mexican citizen, unlawfully present in the United States. On the same date, a Warrant for Arrest of Alien was issued with the county jail. On October 25, 2017, Espinoza-Sepulveda was released from the Arizona Department of Corrections and transported to the Florence ICE office for further investigation and processing. Espinoza-Sepulveda was held in administrative custody until his criminal and immigration records could be obtained and his identity confirmed.

3. Immigration history checks revealed Jose Francisco Espinoza-Sepulveda to be a citizen of Mexico and a previously deported criminal alien. Espinoza-Sepulveda was removed from the United States to Mexico through Douglas, Arizona, on or about May 22, 2008, pursuant to an order of removal issued by an immigration official.

There is no record of Espinoza-Sepulveda in any Department of Homeland Security database to suggest that he obtained permission from the Secretary of the Department of Homeland Security to return to the United States after his removal. Jose Francisco Espinoza-Sepulveda's immigration history was matched to him by electronic fingerprint comparison.

4. On October 25, 2017, Jose Francisco Espinoza-Sepulveda was advised of his constitutional rights. Espinoza-Sepulveda freely and willingly acknowledged his rights and agreed to provide a statement under oath. Espinoza-Sepulveda stated that his true and complete name is Jose Francisco Espinoza Sepulveda and that he is a citizen of Mexico. Espinoza-Sepulveda stated that he illegally entered the United States at or near Sasabe, on an unknown date in 2008, without inspection by an immigration officer. Espinoza-Sepulveda further stated that he had been removed from the United States to Mexico and did not receive permission from the Secretary of the Department of Homeland Security to re-enter the United States after his removal.

5. For these reasons, this affiant submits that there is probable cause to believe that on or about September 4, 2015, Jose Francisco Espinoza-Sepulveda, an alien, was found in the United States of America at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the

///

///

United States at or near Douglas, Arizona, on or about May 22, 2008, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a).

_____
Salvador Delgado II,
Deportation Officer,
Immigration and Customs Enforcement

Sworn to and subscribed before me
this 26th day of October, 2017.

_____
Michelle H. Burns,
United States Magistrate Judge